MICHAEL E. MOSS 63408
HENRY Y. CHIU 222927
MOSS, TUCKER, CHIU, HEBESHA & WARD PC
A Professional Corporation
5260 North Palm, Suite 205
Fresno, California 93704
Telephone: (559) 472-9922
Facsimile: (559) 472-9892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

\* \* \*

| | |
|---|---|
| CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, PIPE TRADES DISTRICT COUNCIL #36 PENSION TRUST FUND, NO. 36 PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND, PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, UA LOCAL NO. 228 VACATION PLAN, UA LOCAL NO. 492 VACATION PLAN and UA LOCAL NO. 662,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JERRY LITTLE, individually and doing business as AGAPE PIPING SYSTEMS,<br><br>　　　　　Defendants. | Case No.: CV-S-93-1644 EJG PAN<br><br>**JUDGMENT ON APPLICATION FOR JUDGMENT RENEWAL** |

　　　　Plaintiffs CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, PIPE TRADES DISTRICT COUNCIL #36 PENSION TRUST FUND, NO. 36 PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND, PIPE TRADES DISTRICT COUNCIL NO. 36

1 HEALTH AND WELFARE TRUST FUND, UA LOCAL NO. 228 VACATION PLAN, UA
2 LOCAL NO. 492 VACATION PLAN and UA LOCAL NO. 662 have filed an Application for
3 and Renewal of Judgment against JERRY LITTLE, individually and doing business as AGAPE
4 PIPING SYSTEMS.  Based upon Plaintiffs' application and declaration submitted in support
5 thereof, and the records and documents on file:

6     IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

7     1.   THE JUDGMENT ENTERED ON July 29, 2003, IS HEREBY RENEWED in
8 favor of the above-named Plaintiffs against defendant JERRY LITTLE, individually and doing
9 business as AGAPE PIPING SYSTEMS, in the sum of $261,073.44.

11     Dated:  January 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

19 6150.00.pldg.Little-Agape-JudgmentRenewal

MOSS, TUCKER, CHIU,
HEBESHA & WARD PC
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, CA 93704

2
**JUDGMENT ON APPLICATION FOR JUDGMENT RENEWAL**